IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES ANDERSON,

    Petitioner,                            JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 16-cv-835-bbc

DOUG BELLILE, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing the petition of Charles Anderson for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust his state court remedies.

    /s/                                                              3/29/2017

Peter Oppeneer, Clerk of Court                    Date